**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Connie Sue Heath,<br><br>       Plaintiff,<br><br>v.<br><br>John Elliott Mayer,<br><br>       Defendant. | NO. CV-20-00304-TUC-JCH<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed November 16, 2020, this case is remanded to the Pima County Superior Court.

Debra D. Lucas
District Court Executive/Clerk of Court

November 16, 2020

By  s/ B. Cortez
Deputy Clerk